Jordan M. Cohen (State Bar No. 167678)
Roy E. LaFrancis Jr. (State Bar No. 213363)
THE COHEN LAW FIRM
10650 Treena Street, Suite 203
San Diego, California 92131
858/689-4736 (telephone)
858/689-9278 (facsimile)

Attorneys for Defendant XYIENCE
INCORPORATED

FILED

07 JUN 28 PM 12: 36

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____
                    DEPUTY

BY FAX

# UNITED STATES DICTRICT COURT

## FOR THE SOUTHERN DICTRICT OF CALIFORNIA

| | |
|---|---|
| MARK NEIBER, an individual, LAUNCH MARKETING CONCEPTS, INC., a Nevada corporation, <br><br> Plaintiffs, <br><br> v. <br><br> XYIENCE INCORPORATED, a Nevada corporation, and Does 1 through 100, inclusive, <br><br> Defendants. | CASE NO. 07 CV 0449 BEN (LSP) <br> Hon. Roger T. Benitez <br><br> **SUBSTITUTION OF ATTORNEY** |
| LAUNCH MARKETING CONCEPTS, INC., a Nevada corporation; and PATRICIA WELDON, an individual, <br><br> Plaintiffs in Intervention. | Complaint Filed: March 9, 2007 |

Defendant, XYIENCE INCORPORATED hereby substitutes Jordan M. Cohen, Esq., of The

Cohen Law Firm, 10650 Treena Street, Suite 203, San Diego, California 92131, (858) 689-4736 as

their attorney of record in place of Callie A. Bjurstrom, Esq. of Luce Forward Hamilton & Scripps

LLP.

Dated: June _____, 2007

XYIENCE INCORPORATED

*via Facsimile*

By:     Adam Frank, President

The above substitution is acknowledged.

Dated: June _____, 2007

LUCE FORWARD HAMILTON &
SCRIPPS LLP

*via Facsimile*

By:     Callie A. Bjurstrom, Esq.

The above substitution is accepted.

Dated: June 25, 2007

THE COHEN LAW FIRM

By:     Jordan M. Cohen

IT IS SO ORDERED
DATED _____

UNITED STATES DISTRICT JUDGE

ASSOCIATION OF COUNSEL
-2-

1    Dated: June _25_, 2007          **XYIENCE INCORPORATED**

2

3

4                                   By: Adam Frank, President

5    The above substitution is acknowledged.

6    Dated: June ___, 2007           **LUCE FORWARD HAMILTON & SCRIPPS LLP**

7

8

9                           By:     Callie A. Bjurstrom, Esq.

10

11    The above substitution is accepted.

12    Dated: June ___, 2007           **THE COHEN LAW FIRM**

13

14

15                           By:     Jordan M. Cohen

16

17

18

19

20

21

22

23

24

25

26

27

28

06-25-'07 15:33 FROM-
Luce Forward et. al. 6/25/07 10:27   PAGE 3/3   RightFax
Case 3:07-cv-00448-BEN-LSP   Document 23   Filed 06/28/07   PageID.253   Page 4 of 4

1  | Scripps LLP.

2  | Dated: June ____, 2007                    XYIENCE INCORPORATED

3  |

4  |

5  |                                          By:   Steven Pacitti

6  | The above substitution is acknowledged.

7  | Dated: June 25, 2007                      LUCE FORWARD HAMILTON &

8  |                                          SCRIPPS LLP

9  |

10 |

11 |                                          By:   Callie A. Bjurstrom, Esq.

12 |

13 | The above substitution is accepted.

14 | Dated: June ____, 2007                    THE COHEN LAW FIRM

15 |

16 |

17 |                                          By:   Jordan M. Cohen

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 | **SO ORDERED**

26 | Date: 6/28/07

27 |                          Roger T. Benitez  U.S.D.J.

28 |

ASSOCIATION OF COUNSEL
-7-